FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ARIANA L.,
on behalf of Jacqueline S. Brazier (Deceased),

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

NO: 1:24-CV-3129-TOR

ORDER GRANTING MOTION FOR REMAND

BEFORE THE COURT is the Defendant's Brief Requesting Remand (ECF No. 15) and Plaintiff's Opening Brief seeking benefits (ECF No. 12). The parties disagree whether this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) or benefits awarded. Having considered the parties briefing, the Court must reverse and remand to the agency to make fact findings.

//

ORDER GRANTING MOTION FOR REMAND ~ 1

**IT IS HEREBY ORDERED:**

1. Defendant's Brief Requesting Remand (ECF No. 15) is **GRANTED**. This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

2. At this time, Plaintiff's Opening Brief seeking benefits (ECF No. 12) is **DENIED**.

3. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** February 27, 2025.



THOMAS O. RICE
United States District Judge

ORDER GRANTING MOTION FOR REMAND ~ 2