AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 27, 2025**

SEAN F. McAVOY, CLERK

ARIANA L.,
on behalf of Jacqueline S. Brazier (Deceased),
            *Plaintiff*
        v.

COMMISSIONER OF SOCIAL SECURITY,
            *Defendant*

Civil Action No. 1:24-CV-3129-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Brief Requesting Remand (ECF No. 15) is GRANTED.
Plaintiff's Opening Brief seeking benefits (ECF No. 12) is DENIED.
REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice

Date: February 27, 2025

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
            *(By) Deputy Clerk*
Sara Gore